THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD MIRSKY, Appellant.— Judgment of the County Court, Rockland County, rendered October 26, 1971, and two orders of the same court, entered May 13, 1970 and October 27, 1970, respectively, affirmed. No opinion. The case is remitted to the County Court, Rockland County, to direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.